**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:    THE HONORABLE RICHARD K EATON**

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,<br><br>Plaintiffs,<br><br>YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,<br><br>Consolidated Plaintiffs,<br><br>LUMBER LIQUIDATORS SERVICES, LLC, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING<br><br>Defendant-Intervenor. | Consolidated Court No. 19-00144 |

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiffs Wego International Floors LLC, Galleher Corp., and Galleher, LLC, hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on September 18, 2024.  The final judgment appealed upheld the agency decision concerning the sixth administrative review of the antidumping duty order on multilayered wood flooring from the People's Republic of China.

*/s/ Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street, NW
Suite 500
Washington, DC  20006
Tel: (202) 794-1183
Email: bpowell@foxrothschild.com

Dated November 12, 2024                *Counsel to Consolidated Plaintiffs*

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD. ET AL., | : | |
| Plaintiffs, | : | |
| YIHUA LIFESTYLE TECHNOLOGY CO., LTD. ET AL., | : | |
| Consolidated Plaintiffs, | : | |
| and | : | |
| LUMBER LIQUIDATORS SERVICES, LLC ET AL., | : | Before: Richard K. Eaton, Judge |
| Plaintiff-Intervenors, | : | Consol. Court No. 19-00144 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, | : | |
| Defendant-Intervenor. | : | |

## **JUDGMENT**

Upon consideration of the papers and proceedings had herein, and in conformity with the court's decision in this matter, it is hereby

**ORDERED** that the U.S. Commerce Department's Final Results of Redetermination

Consol. Court No. 19-00144                                                    Page 2

Pursuant to Court Order (June 7, 2024), ECF No. 165-1, are sustained.

                                                      ___/s/ Richard K. Eaton___
                                                              Judge

Dated:        September 18, 2024
              New York, New York

APPEAL,CONSOLIDATION,TERMINATED

**U.S. Court of International Trade**
**LIVE Database (New York)**
**CIT DOCKET FOR CASE #: 1:19−cv−00144−RKE**
*Internal Use Only*

Fusong Jinlong Wooden Group Co., Ltd. et al v. United States
**Assigned to:** Richard K. Eaton
**Lead Docket:**
Member cases:

    1:19−cv−00146−RKE
    1:19−cv−00148−RKE
    1:19−cv−00151−RKE
    1:19−cv−00152−RKE
    1:19−cv−00156−RKE
    1:19−cv−00159−RKE
    1:19−cv−00161−RKE
    1:19−cv−00162−RKE
    1:19−cv−00165−RKE
    1:19−cv−00166−RKE
    1:19−cv−00167−RKE
    1:19−cv−00169−RKE

**Date Filed:** 08/21/2019
**Jury Demand:** No

**Date Terminated:** 09/18/2024

**Date Reopened:**

**Does this action raise an issue of constitutionality?:** N

**Jurisdiction:**
28USC § 1581(c) Antidumping or Countervailing Duty Determination(s)

**Category:**
Final Determination: 751 Periodic Review 19USC § 1516a(a)(2)(B)(iii)

**Agency:**
U.S. Department of Commerce

**Product Description:**
Multilayered Wood Flooring

**Export Country:**
China
**Plaintiff**

**Fusong Jinlong Wooden Group Co., Ltd.**

represented by **Gregory Stephen Menegaz**
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW.
Suite 410
Washington, DC 20004
(202) 783−6900
Fax: (202) 783−6909
Email: gmenegaz@dhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Alexandra H. Salzman**

United States Court of International Trade
One Federal Plaza
New York, New York 10278
I hereby certify that this is a true copy of the original on file in this office
Date: 11/13/2024

By: _____
Deputy Clerk

deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW.
Suite 410
Washington, DC 20005
(202) 783−6900
Fax: (202) 783−6909
Email: asalzman@dhlaw.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**James Kevin Horgan**
deKieffer & Horgan, PLLC
1156 15th Street, NW.
Suite 1101
Washington, DC 20005
(202) 783−6900
Fax: (202) 783−6909
Email: kevin.horgan@dhlaw.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**John Joseph Kenkel**
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW.
Suite 410
Washington, DC 20005
(202) 783−6900
Fax: (202) 783−6909
Email: jkenkel@dhlaw.com
*TERMINATED: 05/30/2023*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Plaintiff**
**Fusong Qianqiu Wooden Product Co., Ltd.**   represented by **Gregory Stephen Menegaz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Alexandra H. Salzman**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**James Kevin Horgan**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**John Joseph Kenkel**
(See above for address)
*TERMINATED: 05/30/2023*
***REGISTERED CONFIDENTIAL FILER***

*Bar Status: ACTIVE*

**Plaintiff**

**Dalian Qianqiu Wooden Product Co.,**      represented by      **Gregory Stephen Menegaz**
**Ltd.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Alexandra H. Salzman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**James Kevin Horgan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**John Joseph Kenkel**
(See above for address)
*TERMINATED: 05/30/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Yihua Lifestyle Technology Co., Ltd.**      represented by      **Bryan Patrick Cenko**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015−2052
(202) 688−3610
Fax: (202) 595−8968
Email: bpc@mowrygrimson.com
*TERMINATED: 05/22/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Flora Jiwenhui Pierce**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015
(202) 688−3612
Fax: (202) 595−8968
Email: fwji@mowrygrimson.com
*TERMINATED: 07/01/2022*
*Bar Status: ACTIVE*

**James Corscaden Beaty**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015−2096
(202) 688−3610
Fax: (202) 595−8968
Email: trade@mowrygrimson.com
*TERMINATED: 10/23/2020*

*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Jeffrey Sheldon Grimson**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015−2052
(202) 688−3610
Fax: (202) 595−8968
Email: jsg@mowrygrimson.com
*TERMINATED: 05/22/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Jill A. Cramer**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015
(202) 688−3610
Fax: (202) 595−8968
Email: jac@mowrygrimson.com
*TERMINATED: 05/22/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**John Robert Magnus**
Tradewins LLC
1330 Connecticut Avenue, NW.
Washington, DC 20036
(202) 744−0368
Email: jmagnus@tradewinsllc.net
*TERMINATED: 04/22/2020*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kristin Heim Mowry**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015−2052
(202) 688−3610
Fax: (202) 595−8968
Email: khm@mowrygrimson.com
*TERMINATED: 05/22/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Sarah Marie Wyss**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015
(202) 688−3610
Fax: (202) 595−8968
Email: smw@mowrygrimson.com
*TERMINATED: 05/22/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Huzhou Chenghang Wood Co., Ltd.**    represented by  **David John Craven**
Craven Trade Law LLC

3744 N. Ashland Avenue
Chicago, IL 60613
(773) 709–8506
Email: david.craven@tradelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
**Bar Status: ACTIVE**

**Consolidated Plaintiff**

**Hangzhou Hanje Tec Co., Ltd.**                 represented by   **David John Craven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
**Bar Status: ACTIVE**

**Consolidated Plaintiff**

**Hunchun Xingjia Wooden Flooring Inc.**         represented by   **David John Craven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
**Bar Status: ACTIVE**

**Consolidated Plaintiff**

**Dunhua Shengda Wood Industry Co.,Ltd.**        represented by   **David John Craven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
**Bar Status: ACTIVE**

**Consolidated Plaintiff**

**Zhejiang Fuerjia Wooden Co., Ltd.**            represented by   **David John Craven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
**Bar Status: ACTIVE**

**Consolidated Plaintiff**

**A&W (Shanghai) Woods Co., Ltd.**               represented by   **David John Craven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
**Bar Status: ACTIVE**

**Consolidated Plaintiff**

**Dun Hua Sen Tai Wood Co., Ltd.**               represented by   **David John Craven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**

*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Zhejiang Dadongwu GreenHome**     represented by   **Adams Chi−Peng Lee**
**Wood Co., Ltd.**                                          Harris Bricken McVay Sliwoski, LLP
600 Stewart Street
Suite 1200
Seattle, WA 98101
(206) 224−5657
Fax: (206) 224−5659
Email: adams@harrisbricken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Sino−Maple (JiangSu) Co., Ltd.**     represented by   **Matthew Robert Nicely**
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW.
Washington, DC 20006−1037
(202) 887−4046
Fax: (202) 887−4288
Email: mnicely@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Daniel Martin Witkowski**
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006−1037
(202) 887−4048
Fax: (202) 887−4288
Email: dwitkowski@akingump.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Dean Arthur Pinkert**
Hughes Hubbard & Reed LLP
1775 I Street, NW.
Suite 600
Washington, DC 20006
(202) 721−4783
Fax: (202) 721−4646
Email: dean.pinkert@hugheshubbard.com
*TERMINATED: 07/28/2020*
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Struxtur, Inc.**     represented by   **Gregory Sean McCue**
Steptoe LLP
1330 Connecticut Avenue, NW.
Ste Room 686
Washington, DC 20036
(202) 429−6421
Fax: (202) 261−7513

Email: gmccue@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Adriana Marcela Campos–Korn**
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429–3093
Fax: (202) 261–7513
Email: acamposkorn@steptoe.com
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Thomas J. Trendl**
Steptoe LLP
1330 Connecticut Avenue, NW.
Washington, DC 20816
(202) 429–8055
Fax: (202) 261–7515
Email: ttrendl@steptoe.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Consolidated Plaintiff**

**Evolutions Flooring, Inc.**　　　　represented by　**Gregory Sean McCue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Thomas J. Trendl**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Consolidated Plaintiff**

**Jilin Forest Industry Jinqiao Flooring Group Co., Ltd.**　　　　represented by　**Lizbeth R. Levinson**
Fox Rothschild LLP
2020 K Street, NW.
Suite 500
Washington, DC 20006
(202) 794–1182
Fax: (202) 461–3102
Email: llevinson@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Brittney Renee Powell**
Fox Rothschild LLP
1030 15th Street, NW.
Suite 380 East
Washington, DC 20005
(202) 461–3100

Fax: (202) 461-3102
Email: bpowell@foxrothschild.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Ronald M. Wisla**
Fox Rothschild LLP
1030 15th Street, NW.
Suite 380 East
Washington, DC 20005
(202) 794-1183
Fax: (202) 461-3102
Email: rwisla@foxrothschild.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: INACTIVE***

**Consolidated Plaintiff**

**Baishan Huafeng Wooden Product Co., Ltd.**　　　represented by　**Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: INACTIVE***

**Consolidated Plaintiff**

**Metropolitan Hardwood Floors, Inc.**　　　represented by　**Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: INACTIVE***

**Consolidated Plaintiff**

**Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd.**

represented by **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Shenyang Haobainian Wooden Co. Ltd.**

represented by **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Cohesion Trading Limited**

represented by **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*

*REGISTERED CONFIDENTIAL FILER*
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Galleher Corporation**   represented by   **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Galleher, LLC**   represented by   **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**MGI International**   represented by   **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

Ronald M. Wisla
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Mobetta Trading Limited**          represented by   **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Wego International Floors LLC**          represented by   **Lizbeth R. Levinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Brittney Renee Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Ronald M. Wisla**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
*Bar Status: INACTIVE*

**Consolidated Plaintiff**

**Linyi Anying Wood Co., Ltd.**          represented by   **Gregory Sean McCue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Thomas J. Trendl**
(See above for address)
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL FILER**

*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Linyi Youyou Wood Co., Ltd.**                    represented by **Gregory Sean McCue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Thomas J. Trendl**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Scholar Home (Shanghai) New**                    represented by **Francis J. Sailer**
**Material Co., Ltd.**                              Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005
(202) 661−7780
Fax: (202) 783−0405
Email: fsailer@gdlsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Elaine Fang Wang**
Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005
(202) 661−7784
Fax: (202) 783−0405
Email: ewang@gdlsk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Jordan Charles Kahn**
Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005
(202) 783−6881
Fax: (202) 783−0405
Email: jkahn@gdlsk.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Kavita Mohan**
Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
1201 New York Avenue, NW.
Suite 650

Washington, DC 20005
(202) 783−6881
Fax: (202) 783−0405
Email: kmohan@gdlsk.com
*TERMINATED: 02/09/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Ned Herman Marshak**
Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
(212) 557−4000
Fax: (212) 557−4415
Email: nmarshak@gdlsk.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

<u>**Plaintiff−Intervenor**</u>

**Lumber Liquidators Services, LLC**          represented by **Mark Rett Ludwikowski**
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Suite 1300 South
Washington, DC 20004
(202) 640−6680
Fax: (202) 640−6693
Email: mludwikowski@clarkhill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Suite 1300 South
Washington, DC 20004
(202) 552−2350
Fax: (202) 640−6692
Email: cgtaylor@clarkhill.com
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Suite 1300 South
Washington, DC 20004
(202) 640−6670
Fax: (202) 772−0930
Email: kchristensen@clarkhill.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
Clark Hill PLC

130 E. Randolph Street
Suite 3900
Chicago, IL 60601
(312) 985–5907
Fax: (312) 985–5999
Email: kwilliams@clarkhill.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Sally Alghazali**
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Suite 1300 South
Washington, DC 20004
(202) 572–8676
Fax: (202) 772–0919
Email: salghazali@clarkhill.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**William Charles Sjoberg**
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Washington, DC 20004
(202) 772–0924
Fax: (202) 552–2372
Email: wsjoberg@clarkhill.com
***TERMINATED: 04/18/2024***
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Plaintiff–Intervenor**

**Benxi Wood Company**            represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Courtney Gayle Taylor**
(See above for address)
***TERMINATED: 03/03/2023***
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff–Intervenor**

**Dalian Jiahong Wood Industry Co., Ltd.**

represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff–Intervenor**

**Dalian Kemian Wood Industry Co., Ltd.**

represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

Plaintiff−Intervenor

**Dongtai Fuan Universal Dynamics,
LLC**

represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)

*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff—Intervenor**

**HaiLin LinJing Wooden Products Co., Ltd.**     represented by   **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff—Intervenor**

**Jiangsu Guyu International Trading Co., Ltd.**     represented by   **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)

*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff−Intervenor**
**Jiangsu Mingle Flooring Co., Ltd.**     represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*

*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff–Intervenor**
**Jiangsu Simba Flooring Co., Ltd.**                    represented by   **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff–Intervenor**
**Jiashan HuiJiaLe Decoration Material
Co., Ltd.**                    represented by   **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*

*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

**Plaintiff−Intervenor**

**Kemian Wood Industry (Kunshan) Co.,
Ltd.**

represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
***REGISTERED CONFIDENTIAL FILER***
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff−Intervenor**

**Suzhou Dongda Wood Co., Ltd.**     represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Plaintiff−Intervenor**

**Tongxiang Jisheng Import and Export Co., Ltd.**     represented by **Mark Rett Ludwikowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Courtney Gayle Taylor**
(See above for address)
*TERMINATED: 03/03/2023*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Kelsey Christensen**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Robert Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Sally Alghazali**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**William Charles Sjoberg**
(See above for address)
*TERMINATED: 04/18/2024*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

<u>**Plaintiff—Intervenor**</u>

**Benxi Wood, et al.**                    represented by  **Mark Rett Ludwikowski**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          ***REGISTERED CONFIDENTIAL FILER***
                                                          ***ATTORNEY IN SEALED GROUP***
                                                          ***Bar Status: ACTIVE***

<u>**Defendant**</u>

**United States**                         represented by  **Brendan David Jordan**
                                                          U.S. Department of Justice
                                                          Civil Division — Commercial Litigation
                                                          Branch
                                                          P.O. Box 480
                                                          Ben Franklin Station
                                                          Washington, DC 20530
                                                          (202) 616–0342
                                                          Email: brendan.d.jordan@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          ***Bar Status: ACTIVE***

                                                          **Christopher Alan Kimura**
                                                          Of Counsel
                                                          U.S. Department of Commerce
                                                          Office of Chief Counsel for Trade
                                                          Enforcement & Compliance
                                                          1401 Constitutution Avenue, NW.
                                                          Washington, DC 20230
                                                          (202) 482–4378
                                                          Fax: (202) 482–4912
                                                          Email: christopher.kimura@trade.gov
                                                          *ATTORNEY TO BE NOTICED*
                                                          ***REGISTERED CONFIDENTIAL FILER***
                                                          ***ATTORNEY IN SEALED GROUP***
                                                          ***Bar Status: ACTIVE***

**Rachel A. Bogdan**
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade
Enforcement and Compliance
1401 Constitution Avenue, NW.
Washington, DC 20230−0001
(202) 482−4044
Fax: (202) 482−4912
Email: rachel.bogdan@trade.gov
*TERMINATED: 03/26/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Sonia Marie Orfield**
U.S. Department of Justice
Commercial Litigation Branch − Civil
Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 353−0534
Fax: (202) 305−2118
Email: sonia.m.orfield@usdoj.gov
*TERMINATED: 03/12/2024*
*REGISTERED CONFIDENTIAL FILER*
*Bar Status: ACTIVE*

**Defendant−Intervenor**

**American Manufacturers of
Multilayered Wood Flooring**

represented by

**Timothy C. Brightbill**
Wiley Rein, LLP
1776 K Street, NW.
Suite 9 East
Washington, DC 20006
(202) 719−3138
Fax: (202) 719−7049
Email: tbrightbill@wiley.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Maureen Elizabeth Thorson**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719−7272
Fax: (202) 719−7049
Email: mthorson@wiley.law
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Stephanie Manaker Bell**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719−4384
Fax: (202) 719−7049
Email: sbell@wiley.law
*ATTORNEY TO BE NOTICED*

*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Tessa Victoria Capeloto**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719–7586
Fax: (202) 719–7049
Email: tcapeloto@wileyrein.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Theodore Paul Brackemyre**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719–7289
Fax: (202) 719–7049
Email: tbrackemyre@wiley.law
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2019 | 1 | Summons . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Attachments: # 1 Certificate of Service) (Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 2 | Form 5 Information Statement . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 3 | Form 13 Corporate Disclosure Statement . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of Dalian Qianqiu Wooden Product Co., Ltd.. (Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 4 | Form 13 Corporate Disclosure Statement . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of Fusong Jinlong Wooden Group Co., Ltd.. (Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 5 | Form 13 Corporate Disclosure Statement . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of Fusong Qianqiu Wooden Product Co., Ltd.. (Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 6 | Form 11 Notice of Appearance . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs.(Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 7 | Form 17 Business Proprietary Information Certification filed on behalf of Gregory S. Menegaz, Alexandra H. Salzman, J. Kevin Horgan, John J. Kenkel, and Judith L. Holdsworth as Attorney/Consultant(s) . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Menegaz, Gregory) (Entered: 08/21/2019) |
| 08/21/2019 | 8 | Summons served by Clerk's Office upon Plaintiff and appropriate Government Agency/Agencies . (Benbow, Troy) (Entered: 08/21/2019) |
| 08/22/2019 | 9 | Form 24 Proposed Order for Statutory Injunction Upon Consent . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Menegaz, Gregory) (Entered: 08/22/2019) |

| 08/23/2019 | 10 | Order entered on 8/23/2019 Form 24 Order for Statutory Injunction Upon Consent Granted.(Goell, Geoffrey) (Entered: 08/23/2019) |
|---|---|---|
| 09/09/2019 | 11 | Form 11 Notice of Appearance . Filed by Sonia Marie Orfield of U.S. Department of Justice on behalf of United States.(Orfield, Sonia) (Entered: 09/09/2019) |
| 09/18/2019 | 12 | Complaint against United States. Administrative Record due by 10/28/2019. Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Attachments: # 1 Certificate of Service)(Menegaz, Gregory) (Entered: 09/18/2019) |
| 09/27/2019 | 13 | Consent Motion to Intervene as plaintiff intervenor . Responses due by 10/18/2019. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC. (Ludwikowski, Mark) Modified on 10/2/2019 (Fong, Sam). (Entered: 09/27/2019) |
| 10/02/2019 | 14 | Form 11 Notice of Appearance . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC.(Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/02/2019 | 15 | Form 13 Corporate Disclosure Statement . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC. (Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/02/2019 | 16 | Form 17 Business Proprietary Information Certification filed on behalf of M. Ludwikowski, C. Taylor, K.Williams as Attorney/Consultant(s) . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC. (Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/02/2019 | 17 | Form 11 Notice of Appearance . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/02/2019 | 18 | Form 13 Corporate Disclosure Statement . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/02/2019 | 19 | Form 17 Business Proprietary Information Certification filed on behalf of M. Ludwikowski, C. Taylor, K. Williams as Attorney/Consultant(s) . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/02/2019 | 20 | Motion to Intervene as plaintiff intervenor . Responses due by 10/23/2019. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Ludwikowski, Mark) (Entered: 10/02/2019) |
| 10/03/2019 | 21 | Order entered on 10/3/2019 Granting Lumber Liquidators Services, LLC. Consent Motion to intervene as Plaintiff−Intervenor (Related Doc # 13 ).. (Benbow, Troy) |

| | | (Entered: 10/03/2019) |
|---|---|---|
| 10/03/2019 | 22 | Order entered on 10/3/2019 Granting Benxi Wood et al. Consent Motion to intervene as Plaintiff−Intervenors (Related Doc # 20 ).. (Benbow, Troy) (Entered: 10/03/2019) |
| 10/07/2019 | 23 | Motion to consolidate case(s) 19−146, 19−148, 19−151, 19−152, 19−156, 19−159,19−161, 19−162, 19−165, 19−166, 19−167, 19−169 with lead case 19−144 . Responses due by 10/28/2019. Filed by Sonia Marie Orfield of U.S. Department of Justice on behalf of United States.(Orfield, Sonia) Modified on 10/8/2019 (Swindell, Stephen). (Entered: 10/07/2019) |
| 10/11/2019 | 24 | Order entered on 10/11/2019 assigning action to Judge Richard K. Eaton.(Cheevers, Casey) (Entered: 10/11/2019) |
| 10/11/2019 | 25 | Consent Motion to Intervene as Defendant intervenor *on behalf of American Manufacturers of Multilayered Wood Flooring*. Responses due by 11/1/2019. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring. (Attachments: # 1 Proposed Order)(Brightbill, Timothy) (Entered: 10/11/2019) |
| 10/11/2019 | 26 | Form 11 Notice of Appearance *on behalf of Timothy C. Brightbill, Maureen E. Thorson, Stephanie M. Bell, Tessa V. Capeloto, and Theodore P. Brackemyre*. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring.(Brightbill, Timothy) (Entered: 10/11/2019) |
| 10/11/2019 | 27 | Form 13 Corporate Disclosure Statement *on behalf of American Manufacturers of Multilayered Wood Flooring*. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring. (Brightbill, Timothy) (Entered: 10/11/2019) |
| 10/11/2019 | 28 | Form 17 Business Proprietary Information Certification filed on behalf of Timothy C. Brightbill, Maureen E. Thorson, Stephanie M. Bell, Tessa V. Capeloto, and Theodore P. Brackemyre as Attorney/Consultant(s) . Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring. (Brightbill, Timothy) (Entered: 10/11/2019) |
| 10/17/2019 | 29 | Order entered on 10/17/2019 granting Motion to intervene (Related Doc # 25 ). ORDERED that AMMWF be entered as Defendant−Intervenor in this action. (Cheevers, Casey) (Entered: 10/17/2019) |
| 10/17/2019 | 30 | Order entered on 10/17/2019 granting Motion to consolidate cases (Related Doc # 23 ). ORDERED that the parties joint status report, proposed scheduling order, and statement of issues for the consolidated case, as required by the court's rule 56.2 Notice, are due on November 29, 2019. (Cheevers, Casey) (Entered: 10/17/2019) |
| 10/17/2019 | 31 | Rule 56.2 Notice. . (Cheevers, Casey) (Entered: 10/17/2019) |
| 10/21/2019 | 32 | Form 11 Notice of Appearance . Filed by Rachel A. Bogdan of U.S. Department of Commerce on behalf of United States.(Bogdan, Rachel) (Entered: 10/21/2019) |
| 10/28/2019 | 33 | Administrative Record Index for filed . Filed by Rachel A. Bogdan of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Declaration, # 2 BPI Documents Index, # 3 Public Documents Index, # 4 Issues & Decision Memo, # 5 Final FR Notice)(Bogdan, Rachel) (Entered: 10/28/2019) |
| 11/26/2019 | 34 | Amended Form 11 Notice of Appearance . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Ludwikowski, Mark) (Entered: 11/26/2019) |
| 11/26/2019 | 35 | Form 17 Business Proprietary Information Certification filed on behalf of William C. Sjoberg as Attorney/Consultant(s) . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, |

| | | |
|---|---|---|
| | | HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 11/26/2019) |
| 11/26/2019 | 36 | Amended Form 11 Notice of Appearance . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC.(Ludwikowski, Mark) (Entered: 11/26/2019) |
| 11/26/2019 | 37 | Form 17 Business Proprietary Information Certification filed on behalf of William C. Sjoberg as Attorney/Consultant(s) . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC. (Ludwikowski, Mark) (Entered: 11/26/2019) |
| 12/02/2019 | 38 | Joint status report and proposed briefing schedule *on behalf of all parties*. Filed by Dean Arthur Pinkert of Hughes Hubbard & Reed LLP on behalf of Sino–Maple (JiangSu) Co., Ltd. (Pinkert, Dean) (Entered: 12/02/2019) |
| 12/02/2019 | 39 | Statement of Issues *on behalf of Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors*. Filed by Dean Arthur Pinkert of Hughes Hubbard & Reed LLP on behalf of Sino–Maple (JiangSu) Co., Ltd.. (Pinkert, Dean) (Entered: 12/02/2019) |
| 12/03/2019 | 40 | Form 17 Business Proprietary Information Certification filed on behalf of Lizbeth R. Levinson, Ronald M. Wisla, Brittney R. Powell as Attorney/Consultant(s) . Filed by Ronald M. Wisla of Fox Rothschild LLP on behalf of Cohesion Trading Limited, Galleher Corp., Galleher LLC, Jilin Forest Industry Jinqiao Flooring Group Co. Ltd., MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co. Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC. (Wisla, Ronald) (Entered: 12/03/2019) |
| 12/06/2019 | 41 | Order entered on 12/6/2019 Scheduling Order: ORDERED that 1) Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors shall file their motions for judgment upon the agency record and supporting briefs by 2/11/2020; 2) Defendant and Defendant–Intervenor shall file their response briefs by 5/11/2020; 3) Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors shall file their reply briefs by 6/22/2020; 4) Plaintiffs will file the parties' joint appendix by 7/6/2020; and 5) Motions for oral argument, if any, shall be filed by 7/13/2020. (Cheevers, Casey) (Entered: 12/06/2019) |
| 01/31/2020 | 42 | Consent Motion for extension of time until 3/3/2020 to file brief *and to Modify the Briefing Schedule*. Responses due by 2/21/2020. Filed by Dean Arthur Pinkert of Hughes Hubbard & Reed LLP on behalf of Sino–Maple (JiangSu) Co., Ltd..(Pinkert, Dean) (Entered: 01/31/2020) |
| 02/03/2020 | 43 | Order entered on 2/3/2020 granting Motion to amend the scheduling order (Related Doc # 42 ). ORDERED that 1) Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors shall file their motions for judgment upon the agency record and supporting briefs by 3/3/2020; 2) Defendant and Defendant–Intervenor shall file their response briefs by 6/1/2020; 3) Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors shall file their reply briefs on or before 7/13/2020; 4) Plaintiffs will file the parties' joint appendix by 7/27/2020; and 5) Motions for oral argument shall be filed by 8/3/2020. (Cheevers, Casey) (Entered: 02/03/2020) |
| 03/03/2020 | 44 | Consent Motion for extension of time until 3/11/2020 to *file 56.2 motion and brief and extend remaining briefing schedule* (related document(s) 43 ). Responses due by 3/24/2020. Filed by Ronald M. Wisla of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd.. (Attachments: # 1 Proposed Order)(Wisla, Ronald) (Entered: 03/03/2020) |
| 03/03/2020 | 45 | Revised Proposed Order . Filed by Ronald M. Wisla of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd.. (Wisla, Ronald) (Entered: 03/03/2020) |
| 03/10/2020 | 46 | Order entered on 3/10/2020 granting Motion for extension of time (Related Doc # 44 ). ORDERED that 1) Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors shall file their motions for judgment on the agency record and supporting briefs by 3/11/2020 2) Defendant and Defendant–Intervenor shall file their response briefs by |

| | | |
|---|---|---|
| | | 6/9/2020 3) Plaintiffs, Consolidated Plaintiffs, and Plaintiff–Intervenors shall file their reply briefs by 7/21/2020 4) Plaintiffs will file the parties' joint appendix by 8/4/2020 and 5)Motions for oral argument shall be due by 8/11/2020. (Cheevers, Casey) (Entered: 03/10/2020) |
| 03/10/2020 | 47 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by John Robert Magnus of Tradewins LLC on behalf of Yihua Lifestyle Technology Co., Ltd.. (Attachments: # 1 Proposed Order, # 2 Brief)(Magnus, John) Modified on 3/11/2020 (Cheevers, Casey). (Entered: 03/10/2020) |
| 03/11/2020 | 48 | Confidential Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Ned Herman Marshak of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd.. (Attachments: # 1 Proposed Order)(Marshak, Ned) Modified on 3/11/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | 49 | Public Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Ned Herman Marshak of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd.. (Attachments: # 1 Proposed Order)(Marshak, Ned) Modified on 3/11/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | 50 | Public Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by David John Craven of Craven Trade Law LLC on behalf of A&W (Shanghai) Woods Co., Ltd., Dun Hua Sen Tai Wood Co., Ltd., Dunhua Shengda Wood Industry Co.,Ltd., Hangzhou Hanje Tec. Co., Ltd., Hunchun Xingjia Wooden Flooring Inc., Huzhou Chenghang Wood Co., Ltd., Zhejiang Fuerjia Wooden Co., Ltd.. (Attachments: # 1 Brief, # 2 Proposed Order, # 3 Certificate of Service)(Craven, David) Modified on 3/11/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | 51 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of Dalian Qianqiu Wooden Product Co., Ltd., Fusong Jinlong Wooden Group Co., Ltd., Fusong Qianqiu Wooden Product Co., Ltd.. (Attachments: # 1 Proposed Order, # 2 Brief) (Menegaz, Gregory) Modified on 3/12/2020 (Cheevers, Casey) (Entered: 03/11/2020) |
| 03/11/2020 | 52 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Struxtur, Inc..(McCue, Gregory) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | 53 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Linyi Anying Wood Co., Ltd..(McCue, Gregory) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | 54 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC. (Attachments: # 1 Proposed Order, # 2 Brief) (Ludwikowski, Mark) Modified on 3/12/2020 (Cheevers, Casey) (Entered: 03/11/2020) |
| 03/11/2020 | 55 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Attachments: # 1 Proposed Order, # 2 Brief) (Ludwikowski, Mark) Modified on 3/12/2020 (Cheevers, Casey) (Entered: 03/11/2020) |
| 03/11/2020 | 56 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Adams Chi–Peng Lee of Harris Bricken McVay Sliwoski, LLP on behalf of Zhejiang Dadongwu GreenHome Wood Co., Ltd.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order, # <u>2</u> Brief)(Lee, Adams) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | <u>57</u> | Confidential Motion for judgment on agency record 56.2 *and Memorandum in Support.* Response to 56.2 Motion due by 6/9/2020. Filed by Matthew Robert Nicely of Hughes Hubbard & Reed LLP on behalf of Sino−Maple (JiangSu) Co., Ltd..(Nicely, Matthew) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | <u>58</u> | Motion for judgment on agency record 56.2 *and Memorandum in Support.* Response to 56.2 Motion due by 6/9/2020. Filed by Matthew Robert Nicely of Hughes Hubbard & Reed LLP on behalf of Sino−Maple (JiangSu) Co., Ltd..(Nicely, Matthew) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | <u>59</u> | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Ronald M. Wisla of Fox Rothschild LLP on behalf of Cohesion Trading Limited, Galleher Corp., Galleher LLC, MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Brief)(Wisla, Ronald) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | <u>60</u> | Confidential Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd.. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Brief)(Powell, Brittney) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/11/2020 | <u>61</u> | Public Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by 6/9/2020. Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd.. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Brief)(Powell, Brittney) Modified on 3/12/2020 (Cheevers, Casey). (Entered: 03/11/2020) |
| 03/31/2020 | <u>62</u> | Certificate of Compliance (related document(s) <u>56</u> ). Filed by Adams Chi−Peng Lee of Harris Bricken McVay Sliwoski, LLP on behalf of Zhejiang Dadongwu GreenHome Wood Co., Ltd.. (Lee, Adams) (Entered: 03/31/2020) |
| 04/22/2020 | <u>63</u> | Form 12 Substitution of Attorney filed by *Mowry & Grimson PLLC* to appear in place of *Tradewins LLC.* Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd..(Mowry, Kristin) (Entered: 04/22/2020) |
| 04/24/2020 | <u>64</u> | Form 11 Notice of Appearance *for Kristin H. Mowry, Jeffrey S. Grimson, Jill A. Cramer, Sarah M. Wyss, James C. Beaty, Bryan P. Cenko and Wenhui Ji.* Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd..(Mowry, Kristin) (Entered: 04/24/2020) |
| 04/24/2020 | <u>65</u> | Form 17 Business Proprietary Information Certification filed on behalf of Kristin H. Mowry, Jeffrey S. Grimson, Jill A. Cramer, Sarah M. Wyss, James C. Beaty, Bryan P. Cenko and Wenhui Ji as Attorney/Consultant(s) . Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd.. (Mowry, Kristin) (Entered: 04/24/2020) |
| 04/27/2020 | <u>66</u> | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of . Filed by John Robert Magnus of Tradewins LLC on behalf of Yihua Lifestyle Technology Co., Ltd.. (Magnus, John) (Entered: 04/27/2020) |
| 05/22/2020 | <u>67</u> | Consent Motion for excess pages/words . Responses due by 6/12/2020. Filed by Sonia Marie Orfield of U.S. Department of Justice on behalf of United States.(Orfield, Sonia) (Entered: 05/22/2020) |
| 05/29/2020 | <u>68</u> | Order entered on 5/29/2020 granting Motion for excess words. ORDERED that Defendants response to Plaintiffs, Consolidated Plaintiffs, and Plaintiff−Intervenors motions for judgment on the agency record shall be limited to no more than 22,500 words. (Related Doc # <u>67</u> ). (Cheevers, Casey) (Entered: 05/29/2020) |

| 06/09/2020 | 69 | Confidential Response *Brief* to motion *for Judgement on the Agency Record* (related document(s) 48 , 51 , 60 , 56 , 47 , 57 , 52 , 54 , 50 , 55 , 53 , 59 ). Reply due by 7/21/2020. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring.(Brightbill, Timothy) Modified on 6/10/2020 (Cheevers, Casey). (Entered: 06/09/2020) |
|---|---|---|
| 06/09/2020 | 70 | Confidential Response to motion (related document(s) 48 , 51 , 58 , 60 , 56 , 47 , 57 , 52 , 61 , 54 , 50 , 55 , 53 , 59 , 49 ). Reply due by 7/21/2020. Filed by Sonia Marie Orfield of U.S. Department of Justice on behalf of United States.(Orfield, Sonia) Modified on 6/10/2020 (Cheevers, Casey). (Entered: 06/09/2020) |
| 06/09/2020 | 71 | Response to motion (related document(s) 48 , 51 , 58 , 60 , 56 , 47 , 57 , 52 , 61 , 54 , 50 , 55 , 53 , 59 , 49 ). Reply due by 7/21/2020. Filed by Sonia Marie Orfield of U.S. Department of Justice on behalf of United States.(Orfield, Sonia) Modified on 6/10/2020 (Cheevers, Casey). (Entered: 06/09/2020) |
| 06/10/2020 | 72 | Public Response *Brief* to motion *for Judgement on the Agency Record* (related document(s) 48 , 51 , 60 , 56 , 47 , 57 , 52 , 54 , 50 , 55 , 53 , 59 ). Reply due by 7/21/2020. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring.(Brightbill, Timothy) Modified on 6/10/2020 (Cheevers, Casey). (Entered: 06/10/2020) |
| 07/09/2020 | 73 | Form 17 Business Proprietary Information Certification filed on behalf of Matthew R. Nicely as Attorney/Consultant(s) . Filed by Matthew Robert Nicely of Hughes Hubbard & Reed LLP on behalf of Sino−Maple (JiangSu) Co., Ltd.. (Nicely, Matthew) (Entered: 07/09/2020) |
| 07/16/2020 | 74 | Consent Motion to Amend Scheduling Order . Responses due by 8/6/2020. Filed by Ned Herman Marshak of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd.. (Attachments: # 1 Proposed Order)(Marshak, Ned) (Entered: 07/16/2020) |
| 07/17/2020 | 75 | Order entered on 7/17/2020 granting Motion to Amend Scheduling Order (Related Doc # 74 ). ORDERED that 1) Plaintiffs, Consolidated Plaintiffs and Plaintiff−Intervenors' Reply brief due by 8/11/2020. 2) Joint Appendix due by 8/25/2020. 3) Motion for oral argument due by 9/1/2020. (Cheevers, Casey) (Entered: 07/17/2020) |
| 07/28/2020 | 76 | Form 12 Substitution of Attorney filed by *Matthew R. Nicely, Daniel M. Witkowski of Akin Gump* to appear in place of *Matthew R. Nicely, Daniel M. Witkowski of Hughes Hubbard & Reed*. Filed by Matthew Robert Nicely of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino−Maple (JiangSu) Co., Ltd..(Nicely, Matthew) (Entered: 07/28/2020) |
| 07/28/2020 | 77 | Form 17 Business Proprietary Information Certification filed on behalf of Daniel M. Witkowski as Attorney/Consultant(s) . Filed by Matthew Robert Nicely of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino−Maple (JiangSu) Co., Ltd.. (Nicely, Matthew) (Entered: 07/28/2020) |
| 08/11/2020 | 78 | Reply (related document(s) 70 , 71 , 72 , 69 ). Filed by David John Craven of Craven Trade Law LLC on behalf of A&W (Shanghai) Woods Co., Ltd., Dun Hua Sen Tai Wood Co., Ltd., Dunhua Shengda Wood Industry Co.,Ltd., Hangzhou Hanje Tec. Co., Ltd., Hunchun Xingjia Wooden Flooring Inc., Huzhou Chenghang Wood Co., Ltd., Zhejiang Fuerjia Wooden Co., Ltd.. (Attachments: # 1 Proposed Order, # 2 Certificate of Compliance, # 3 Certificate of Service)(Craven, David) (Entered: 08/11/2020) |
| 08/11/2020 | 79 | Reply (related document(s) 70 , 71 , 72 , 69 ). Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd..(Mowry, Kristin) (Entered: 08/11/2020) |
| 08/11/2020 | 80 | Reply *Brief* (related document(s) 70 , 71 , 72 , 69 ). Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Evolutions Flooring, Inc., Struxtur, Inc..(McCue, Gregory) (Entered: 08/11/2020) |
| 08/11/2020 | 81 | Reply *Brief* (related document(s) 70 , 71 , 72 , 69 ). Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Linyi Anying Wood Co., Ltd., Linyi Youyou Wood Co., Ltd..(McCue, Gregory) (Entered: 08/11/2020) |

| 08/11/2020 | 82 | Reply (related document(s) 70 , 71 , 72 , 69 ). Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs.(Menegaz, Gregory) (Entered: 08/11/2020) |
|---|---|---|
| 08/11/2020 | 83 | Reply *Brief* (related document(s) 70 , 71 , 72 , 69 ). Filed by Adams Chi−Peng Lee of Harris Bricken McVay Sliwoski, LLP on behalf of Zhejiang Dadongwu GreenHome Wood Co., Ltd..(Lee, Adams) (Entered: 08/11/2020) |
| 08/11/2020 | 84 | Confidential Reply *Brief* (related document(s) 70 , 69 ). Filed by Kavita Mohan of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd..(Mohan, Kavita) (Entered: 08/11/2020) |
| 08/11/2020 | 85 | Public Reply *Brief* (related document(s) 71 , 72 ). Filed by Kavita Mohan of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd..(Mohan, Kavita) (Entered: 08/11/2020) |
| 08/11/2020 | 86 | Reply *Brief* (related document(s) 70 , 71 , 72 , 69 ). Filed by Courtney Gayle Taylor of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Taylor, Courtney) (Entered: 08/11/2020) |
| 08/11/2020 | 87 | Reply *Brief* (related document(s) 70 , 71 , 72 , 69 ). Filed by Courtney Gayle Taylor of Clark Hill PLC on behalf of Lumber Liquidators Services, LLC.(Taylor, Courtney) (Entered: 08/11/2020) |
| 08/11/2020 | 88 | Confidential Reply *in Support of Rule 56.2 Motion* (related document(s) 70 , 71 , 72 , 69 ). Filed by Matthew Robert Nicely of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino−Maple (JiangSu) Co., Ltd..(Nicely, Matthew) (Entered: 08/11/2020) |
| 08/11/2020 | 89 | Public Reply *in Support of Rule 56.2 Motion* (related document(s) 70 , 71 , 72 , 69 ). Filed by Matthew Robert Nicely of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino−Maple (JiangSu) Co., Ltd..(Nicely, Matthew) (Entered: 08/11/2020) |
| 08/11/2020 | 90 | Brief *Reply* (related document(s) 71 , 72 ). Filed by Ronald M. Wisla of Fox Rothschild LLP on behalf of Cohesion Trading Limited, Galleher Corp., Galleher LLC, MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co. Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC. (Wisla, Ronald) (Entered: 08/11/2020) |
| 08/11/2020 | 91 | Public Reply *Brief* (related document(s) 70 , 71 , 72 , 69 ). Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd..(Powell, Brittney) (Entered: 08/11/2020) |
| 08/25/2020 | 92 | Confidential Joint Appendix . Filed by Alexandra H. Salzman of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Salzman, Alexandra) (Entered: 08/25/2020) |
| 08/25/2020 | 93 | Joint Appendix . Filed by Alexandra H. Salzman of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Salzman, Alexandra) (Entered: 08/25/2020) |
| 09/01/2020 | 94 | Unopposed Motion for oral argument on *56.2 motion* (related document(s) 75 ). Responses due by 9/22/2020. Filed by Matthew Robert Nicely of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino−Maple (JiangSu) Co., Ltd.. (Nicely, Matthew) (Entered: 09/01/2020) |
| 09/24/2020 | 95 | Order entered on 9/24/2020 granting Motion for oral argument (Related Doc # 94 ). An oral argument is scheduled for 10/27/2020 at 1:00 PM. (Cheevers, Casey) (Entered: 09/24/2020) |
| 10/15/2020 | 96 | Form 11 Notice of Appearance *of Adriana M. Campos−Korn*. Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Evolutions Flooring, Inc., Struxtur, Inc..(McCue, Gregory) (Entered: 10/15/2020) |
| 10/23/2020 | 97 | Letter *withdrawing James Corscaden Beaty as Attorney of Record*. Filed by Jill A. Cramer of Mowry & Grimson, PLLC on behalf of CSI Cells Co., Ltd., CSI New |

| | | |
|---|---|---|
| | | Energy Holding Co., Ltd., CSI Solar Manufacture Inc., CSI Solar Power (China) Inc., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI–GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., Suzhou Sanysolar Materials Technology Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., USPLY LLC, Yihua Lifestyle Technology Co., Ltd. (Cramer, Jill) (Entered: 10/23/2020) |
| 10/23/2020 | 98 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Yihua Lifestyle Technology Co., Ltd., CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Manufacture Inc., CSI Solar Power (China) Inc., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI–GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., Suzhou Sanysolar Materials Technology Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., USPLY LLC, CSI Solar Power Group Co., Ltd.*. Filed by James Corscaden Beaty of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd., CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Manufacture Inc., CSI Solar Power (China) Inc., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI–GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., Suzhou Sanysolar Materials Technology Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., USPLY LLC, CSI Solar Power Group Co., Ltd. (Beaty, James) (Entered: 10/23/2020) |
| 10/27/2020 | 99 | Oral Argument held on October 27, 2020 at 1:00 p.m. in Remote proceeding. *Appearance Sheet Attached.*. (Cheevers, Casey) (Entered: 10/27/2020) |
| 10/29/2020 | 100 | ◄)) Digital Audio File regarding Courtroom Proceeding 99 held on 10/27/2020 before Judge Judge Richard K. Eaton. AUDIO FILE SIZE (38.9 MB) (Cheevers, Casey) (Entered: 10/29/2020) |
| 10/29/2020 | 101 | Order entered on 10/29/2020. ORDERED that, on or before the date that is two weeks from the date of this order, Defendant will submit a brief letter to court answering the following questions: (1) In determining the China–wide rate of 85.13 percent, did the Department of Commerce send questionnaires to, or otherwise communicate with, any companies and/or other entities? (2) If so, please identify the companies and/or other entities to which it sent the questionnaires and the record citations for their responses, if any. (Cheevers, Casey) (Entered: 10/29/2020) |
| 11/10/2020 | 102 | Response to Court's Request/Order . Filed by Sonia Marie Orfield of U.S. Department of Justice on behalf of United States. (Orfield, Sonia) (Entered: 11/10/2020) |
| 12/24/2020 | 103 | Notice of Supplemental Authority filed. . Filed by Kavita Mohan of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd..(Mohan, Kavita) (Entered: 12/24/2020) |
| 03/25/2022 | 104 | Form 11 Notice of Appearance . Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 03/25/2022) |

| 06/30/2022 | [105](#) | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Wenhui (Flora) Ji*. Filed by Jill A. Cramer of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd.. (Cramer, Jill) (Entered: 06/30/2022) |
|---|---|---|
| 12/22/2022 | [106](#) | Confidential Order entered on 12/22/2022 Slip opinion: 22−155. ORDERED that the U.S. Department of Commerce's final results are sustained in part, and remanded in part (related document(s) [48](#) , [51](#) , [58](#) , [60](#) , [56](#) , [47](#) , [57](#) , [52](#) , [61](#) , [54](#) , [50](#) , [55](#) , [53](#) , [49](#) ) (Attachments: # [1](#) Cited Website).(Cheevers, Casey) (Entered: 12/22/2022) |
| 12/22/2022 | [107](#) | Letter filed by the Honorable Judge Richard K. Eaton concerning *bracketed information for the public version of Slip Op. 22−155*. Responses due by 1/3/2023. (Cheevers, Casey) (Entered: 12/22/2022) |
| 12/30/2022 | [108](#) | Response to Court's Request/Order *Regarding Bracketing in Opinion*. Filed by Daniel Martin Witkowski of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino−Maple (JiangSu) Co., Ltd.. (Witkowski, Daniel) (Entered: 12/30/2022) |
| 01/03/2023 | [109](#) | Letter *in Response to Court's December 22, 2022 Letter Regarding Bracketing in Opinion*. Filed by Jordan Charles Kahn of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd.. (Kahn, Jordan) (Entered: 01/03/2023) |
| 01/03/2023 | [110](#) | Response to Court's Request/Order . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of All Plaintiffs. (Menegaz, Gregory) (Entered: 01/03/2023) |
| 01/03/2023 | [111](#) | Letter *in Response to Court's December 22, 2022 Letter Regarding Bracketing in Opinion*. Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States. (Jordan, Brendan) (Entered: 01/03/2023) |
| 01/03/2023 | [112](#) | Response to Court's Request/Order *regarding bracketing of confidential information in Slip Op. 22−155*. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring. (Brightbill, Timothy) (Entered: 01/03/2023) |
| 01/03/2023 | [113](#) | Response to Court's Request/Order . Filed by David John Craven of Craven Trade Law LLC on behalf of A&W (Shanghai) Woods Co., Ltd., Dun Hua Sen Tai Wood Co., Ltd., Dunhua Shengda Wood Industry Co.,Ltd., Hangzhou Hanje Tec. Co., Ltd., Hunchun Xingjia Wooden Flooring Inc., Huzhou Chenghang Wood Co., Ltd., Zhejiang Fuerjia Wooden Co., Ltd.. (Attachments: # [1](#) Certificate of Service)(Craven, David) (Entered: 01/03/2023) |
| 01/03/2023 | [114](#) | Response to Court's Request/Order . Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 01/03/2023) |
| 01/03/2023 | [115](#) | Response to Court's Request/Order *on bracketing of Slip Op. 22−155*. Filed by Adams Chi−Peng Lee of Harris Bricken McVay Sliwoski, LLP on behalf of Zhejiang Dadongwu GreenHome Wood Co., Ltd.. (Lee, Adams) (Entered: 01/03/2023) |
| 01/03/2023 | [116](#) | Response to Court's Request/Order *Requesting Comments on Bracketing, Dated December 22, 2022*. Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd., Cohesion Trading Limited, Galleher Corporation, Galleher, LLC, Jilin Forest Industry Jinqiao Flooring Group Co., Ltd., MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC. (Powell, Brittney) (Entered: 01/03/2023) |
| 01/04/2023 | [117](#) | Response to Court's Request/Order *on redactions to December 22, 2022 opinion*. Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd.. (Mowry, Kristin) (Entered: 01/04/2023) |

| 01/04/2023 | 118 | Letter *Comments on bracketing of slip opinion 22−155*. Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Evolutions Flooring, Inc., Linyi Anying Wood Co., Ltd., Linyi Youyou Wood Co., Ltd., Struxtur, Inc.. (McCue, Gregory) (Entered: 01/04/2023) |
|---|---|---|
| 01/13/2023 | 119 | [ [***NOTE:SEE SLIP OP. 23−145, DOCUMENT NO. 145 ***] ***NOTE: Order entered on 1/13/2023 Public Version of Confidential Slip Op.22−155 ORDERED that the U.S. Department of Commerce's final results are sustained in part, and remanded in part. ORDERED that the remand results shall be due ninety (90) days following the date of this Opinion and Order; any comments to the remand results shall be due thirty (30) days following the filing of the remand results; and any responses to those comments shall be due fifteen (15) days following the filing of the comments. (related document(s) 106 ) (Attachments: # 1 Cited Website).(Cheevers, Casey) Modified on 10/4/2023 (Cheevers, Casey). (Entered: 01/13/2023) |
| 01/23/2023 | 120 | Motion for reconsideration . Response to Dispositive Motion due by 2/27/2023. Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 01/23/2023) |
| 02/10/2023 | 121 | Motion for extension of time until 2/10/2023 to *Commerce shall file its remand results*. Responses due by 3/3/2023. Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 02/10/2023) |
| 02/24/2023 | 122 | Form 11 Notice of Appearance . Filed by Kelsey Christensen of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Christensen, Kelsey) (Entered: 02/24/2023) |
| 02/24/2023 | 123 | Form 17 Business Proprietary Information Certification filed on behalf of Kelsey Christensen; Sally Alghazali as Attorney/Consultant(s) . Filed by Kelsey Christensen of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Christensen, Kelsey) (Entered: 02/24/2023) |
| 02/27/2023 | 124 | Response *in support* to motion *for reconsideration* (related document(s) 120 ). Replies due by 3/20/2023. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring.(Brightbill, Timothy) (Entered: 02/27/2023) |
| 03/03/2023 | 125 | Letter *Withdrawal of Courtney G. Taylor as Attorney of Record*. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Attachments: # 1 Form 18)(Ludwikowski, Mark) (Entered: 03/03/2023) |
| 03/03/2023 | 126 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Courtney Taylor*. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood, et al.. (Cheevers, Casey) (Entered: 03/03/2023) |
| 03/22/2023 | 127 | Order entered on 3/22/2023 granting Motion for extension of time (Related Doc # 121 ). ORDERED that Commerce shall file its remand results within ninety (90) days of the court's ruling on the motion for reconsideration, ECF. No. 120. (Cheevers, Casey) (Entered: 03/22/2023) |

| | | |
|---|---|---|
| 03/29/2023 | 128 | Motion to withdraw/substitute attorney *for Yihua Lifestyle Technology Co., Ltd..* Responses due by 4/19/2023. Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd..(Mowry, Kristin) (Entered: 03/29/2023) |
| 04/06/2023 | 129 | Order entered on 4/6/2023 denying motion for leave to withdraw attorney (Related Doc # 128 ). ORDERED that the motion is denied without prejudice; and it is further ORDERED that Yihua Lifestyle Technology Co., Ltd., as a corporate client, must be represented by counsel according to CIT Rule 75(b)(1) in order to continue in this action; and it is further ORDERED that Yihua Lifestyle Technology Co., Ltd. shall notify the Court within thirty (30) days of the issuance of this Order of its new counsel; and it is further ORDERED that Mowry & Grimson, PLLC may file an updated motion to withdraw within thirty (30) days of the issuance of this Order. (Cheevers, Casey) (Entered: 04/06/2023) |
| 05/05/2023 | 130 | Second Motion to withdraw/substitute attorney *for Yihua Lifestyle Technology Co., Ltd..* Responses due by 5/26/2023. Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd..(Mowry, Kristin) (Entered: 05/05/2023) |
| 05/08/2023 | 131 | Certificate of service *of Second Motion to substitute attorney* (related document(s) 130 ). Filed by Kristin Heim Mowry of Mowry & Grimson, PLLC on behalf of Yihua Lifestyle Technology Co., Ltd.. (Mowry, Kristin) (Entered: 05/08/2023) |
| 05/08/2023 | 132 | Order entered on 5/8/2023 granting Motion for reconsideration: Accordingly, it is hereby ORDERED that the Motion for Reconsideration is granted; it is further ORDERED that the court accepts Defendant's brief dated January 23, 2023, as the opening brief in the reconsideration proceeding. Any responses to Defendant's brief shall be filed within thirty–five (35) days of the date of this Order; and it is further ORDERED that should any party wish a different briefing schedule, or more briefing than is provided for here, the court will entertain any motion seeking revisions to this order. (Related Doc # 120 ) (Hugh, Lewis) (Entered: 05/08/2023) |
| 05/18/2023 | 133 | [ENTERED IN ERROR, WRONG CASE NUMBER] Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of . Filed by John Joseph Kenkel of deKieffer & Horgan, PLLC on behalf of Fusong Jinlong Wooden Group Co., Ltd.. (Kenkel, John) Modified on 5/30/2023 (Cheevers, Casey). (Entered: 05/18/2023) |
| 05/22/2023 | 134 | Order entered on 5/22/2023 granting Motion to withdraw attorney (Related Doc # 130 ). ORDERED that the withdrawal of Mowry & Grimson, PLLC is effective as of the date of this Order; and it is further ORDERED that Yihua Lifestyle Technology Co., Ltd. has thirty (30) days from the date of this Order to retain substitute counsel. (Cheevers, Casey) Modified on 5/22/2023 (Cheevers, Casey). (Entered: 05/22/2023) |
| 05/30/2023 | 135 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on *John J. Kenkel.* Filed by John Joseph Kenkel of International Trade Law Counselors, PLLC on behalf of All Plaintiffs. (Kenkel, John) (Entered: 05/30/2023) |
| 06/12/2023 | 136 | Brief *on Reconsideration.* Filed by Gregory Sean McCue of Steptoe & Johnson LLP on behalf of Evolutions Flooring, Inc., Linyi Anying Wood Co., Ltd., Linyi Youyou Wood Co., Ltd., Struxtur, Inc.. (McCue, Gregory) (Entered: 06/12/2023) |
| 06/12/2023 | 137 | Response *in Opposition* to motion *for Reconsideration* (related document(s) 120 ). Replies due by 7/3/2023. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Benxi Wood, et al., Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Ludwikowski, Mark) (Entered: 06/12/2023) |
| 06/12/2023 | 138 | Brief *in Response to Motion for Reconsideration* (related document(s) 132 , 120 ). Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring. (Brightbill, Timothy) (Entered: 06/12/2023) |

| | | |
|---|---|---|
| 06/12/2023 | 139 | Brief *In Response to Defendant's Motion for Reconsideration*. Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Cohesion Trading Limited, Galleher Corporation, Galleher, LLC, MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC. (Powell, Brittney) (Entered: 06/12/2023) |
| 06/21/2023 | 140 | Motion for leave to *file a reply brief*. Responses due by 7/12/2023. Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 06/21/2023) |
| 06/22/2023 | 141 | Order entered on 6/22/2023 granting Motion for leave to file (Related Doc # 140 ). ORDERED that the Court's May 8, 2023, Order, ECF No. 132, is hereby revised and amended to reflect that Defendant shall file its reply brief, of no more than 3,500 words, on or before July 24, 2023. (Cheevers, Casey) (Entered: 06/22/2023) |
| 07/24/2023 | 142 | Reply (related document(s) 137 ). Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 07/24/2023) |
| 09/12/2023 | 143 | Order entered on 9/12/2023. Scheduling Order: ORDERED that oral argument on this matter will be held on Tuesday, September 26, 2023, at 2 p.m. EST in Courtroom 2 of the United States Court of International Trade, One Federal Plaza, New York, NY 10278; and it is further ORDERED that the parties will inform the court by Tuesday, September 19, 2023, if they plan to refer to confidential information and wish to close the proceeding. (Cheevers, Casey) (Entered: 09/12/2023) |
| 09/26/2023 | 144 | Oral argument held on 9/26/2023 at 2:00 p.m. in Courtroom 2 at the U.S. Court of International Trade, One Federal Plaza, New York, New York. *Appearance Sheet attached*. (Cheevers, Casey) Modified on 9/26/2023 (Cheevers, Casey). (Entered: 09/26/2023) |
| 10/04/2023 | 145 | Order entered on 10/4/2023. Slip opinion: 23−145 granting Defendant's motion for reconsideration (related document(s) 120 ). ORDERED that Defendants motion is granted, and the court finds that Commerce's method for selecting an adverse facts available rate for Sino−Maple was lawful; it is further ORDERED that Fusong I is hereby partially vacated, only to the extent the court held that Commerce was prohibited from using Senmao's highest transaction−specific dumping margin as Sino−Maples adverse facts available rate; and it is further ORDERED that, because the court remanded Commerce's final results solely on this point, the Department is relieved of the obligation to conduct a remand redetermination and file its results. The court will issue a subsequent opinion deciding the issues upon which it previously reserved decision. See id., 46 CIT at __, 617 F. Supp. 3d at 1227 n.8.(Cheevers, Casey) (Entered: 10/04/2023) |
| 02/09/2024 | 146 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Kavita Mohan*. Filed by Jordan Charles Kahn of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of All Plaintiffs (Kahn, Jordan) (Entered: 02/09/2024) |
| 03/11/2024 | 147 | Confidential Order entered on 3/11/2024. Confidential Slip opinion 24−29. ORDERED that the U.S. Department of Commerce's final results are remanded. (related document(s) 48 , 51 , 58 , 60 , 56 , 47 , 57 , 52 , 61 , 54 , 50 , 55 , 53 , 59 , 49 ).(Cheevers, Casey) (Entered: 03/11/2024) |
| 03/11/2024 | 148 | Letter filed by the Honorable Judge Richard K. Eaton concerning *the public version of Confidential Slip Op. 24−29. Response due by 3/18/2024*. (Cheevers, Casey) (Entered: 03/11/2024) |
| 03/12/2024 | 149 | Withdrawal of Notice of withdrawal as attorney of record filed *Sonia Orfield*. Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 03/12/2024) |
| 03/15/2024 | 150 | Letter *in Response to Court Order*. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., |

| | | |
|---|---|---|
| | | Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 03/15/2024) |
| 03/18/2024 | 151 | Notice of Intent to Redact . Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States.(Jordan, Brendan) (Entered: 03/18/2024) |
| 03/18/2024 | 152 | Response to Court's Request/Order *re: redaction of confidential information*. Filed by Jordan Charles Kahn of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Scholar Home (Shanghai) New Material Co., Ltd.. (Kahn, Jordan) (Entered: 03/18/2024) |
| 03/18/2024 | 153 | Response to Court's Request/Order . Filed by Gregory Stephen Menegaz of deKieffer & Horgan, PLLC on behalf of Dalian Qianqiu Wooden Product Co., Ltd., Fusong Jinlong Wooden Group Co., Ltd., Fusong Qianqiu Wooden Product Co., Ltd.. (Menegaz, Gregory) (Entered: 03/18/2024) |
| 03/18/2024 | 154 | Response to Court's Request/Order *on bracketing of Slip Op. 24–29*. Filed by Adams Chi–Peng Lee of Harris Bricken McVay Sliwoski, LLP on behalf of Zhejiang Dadongwu GreenHome Wood Co., Ltd.. (Lee, Adams) (Entered: 03/18/2024) |
| 03/18/2024 | 155 | Response to Court's Request/Order . Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Baishan Huafeng Wooden Product Co., Ltd., Jilin Forest Industry Jinqiao Flooring Group Co., Ltd.. (Powell, Brittney) (Entered: 03/18/2024) |
| 03/18/2024 | 156 | Response to Court's Request/Order *Regarding Bracketing of Confidential Information*. Filed by Daniel Martin Witkowski of Akin, Gump, Strauss, Hauer & Feld, LLP on behalf of Sino–Maple (JiangSu) Co., Ltd.. (Witkowski, Daniel) (Entered: 03/18/2024) |
| 03/18/2024 | 157 | Response to Court's Request/Order *Regarding Slip Op 24–29 Redactions*. Filed by Timothy C. Brightbill of Wiley Rein, LLP on behalf of American Manufacturers of Multilayered Wood Flooring. (Brightbill, Timothy) (Entered: 03/18/2024) |
| 03/19/2024 | 158 | Form 11 Notice of Appearance . Filed by Christopher Alan Kimura of U.S. Department of Commerce on behalf of United States.(Kimura, Christopher) (Entered: 03/19/2024) |
| 03/22/2024 | 159 | Form 18A Notification of Termination of Government Attorney Access to Business Proprietary Information on behalf of . Filed by Rachel A. Bogdan of U.S. Department of Commerce on behalf of United States. (Bogdan, Rachel) (Entered: 03/22/2024) |
| 03/27/2024 | 160 | Form 11 Notice of Appearance . Filed by Gregory Sean McCue of Steptoe LLP on behalf of Evolutions Flooring, Inc., Linyi Anying Wood Co., Ltd., Linyi Youyou Wood Co., Ltd., Struxtur, Inc..(McCue, Gregory) (Entered: 03/27/2024) |
| 03/27/2024 | 161 | Letter . Filed by David John Craven of Craven Trade Law LLC on behalf of A&W (Shanghai) Woods Co., Ltd., Dun Hua Sen Tai Wood Co., Ltd., Dunhua Shengda Wood Industry Co.,Ltd., Hangzhou Hanje Tec Co., Ltd., Hunchun Xingjia Wooden Flooring Inc., Huzhou Chenghang Wood Co., Ltd., Zhejiang Fuerjia Wooden Co., Ltd.. (Attachments: # 1 Certificate of Service)(Craven, David) (Entered: 03/27/2024) |
| 03/27/2024 | 162 | Response to Court's Request/Order *regarding the bracketing of Slip Op.24–29*. Filed by Gregory Sean McCue of Steptoe LLP on behalf of Evolutions Flooring, Inc., Struxtur, Inc.. (McCue, Gregory) (Entered: 03/27/2024) |
| 04/01/2024 | 163 | Slip Op. 24–29 (Public Version) entered on 4/1/2024. (related document(s) 147 ) (Hugh, Lewis) (Entered: 04/01/2024) |
| 04/17/2024 | 164 | Notice of withdrawal as attorney of record filed *on behalf of William Charles Sjoberg*. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood, et al., Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd..(Ludwikowski, Mark) (Entered: 04/17/2024) |

| 06/07/2024 | 165 | Remand results filed by Department of Commerce . Filed by Christopher Alan Kimura of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Remand Results)(Kimura, Christopher) (Entered: 06/07/2024) |
|---|---|---|
| 06/21/2024 | 166 | Administrative Record Index for Department of Commerce filed . Filed by Christopher Alan Kimura of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Declaration, # 2 CRI (Public), # 3 CRI (BPI))(Kimura, Christopher) (Entered: 06/21/2024) |
| 07/08/2024 | 167 | Comments on remand results *of Plaintiff−Intervenors*. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Benxi Wood, et al., Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 07/08/2024) |
| 07/08/2024 | 168 | Comments on remand results (related document(s) 165 ). Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Cohesion Trading Limited, Galleher Corporation, Galleher, LLC, MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC. (Powell, Brittney) (Entered: 07/08/2024) |
| 07/23/2024 | 169 | Comments on remand results . Filed by Brendan David Jordan of U.S. Department of Justice on behalf of United States. (Jordan, Brendan) (Entered: 07/23/2024) |
| 08/06/2024 | 170 | Confidential Joint Appendix *(Remand)*. Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 08/06/2024) |
| 08/06/2024 | 171 | Joint Appendix *(Remand)* (related document(s) 170 ). Filed by Mark Rett Ludwikowski of Clark Hill PLC on behalf of Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.. (Ludwikowski, Mark) (Entered: 08/06/2024) |
| 09/18/2024 | 172 | Order entered on 9/18/2024 Slip opinion: 24−103. ORDERED that the U.S. Department of Commerce's remand results are sustained. Judgment will be entered accordingly (related document(s) 48 , 51 , 58 , 60 , 56 , 47 , 57 , 52 , 61 , 54 , 50 , 55 , 53 , 59 , 49 ).(Cheevers, Casey) (Entered: 09/18/2024) |
| 09/18/2024 | 173 | Judgment entered on 9/18/2024. ORDERED that the U.S. Commerce Department's Final Results of Redetermination Pursuant to Court Order (June 7,2024), ECF No. 165−1, are sustained.(Cheevers, Casey) (Entered: 09/18/2024) |
| 11/12/2024 | 174 | Notice of Appeal of 09/18/2024 filed. (related document(s) 173 ). Filing fee paid: $605.00, Receipt # 1482465. Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Wego International Floors LLC.(Powell, Brittney) Modified on 11/13/2024 (Cheevers, Casey). (Entered: 11/12/2024) |

Slip Op. 24–103

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD. ET AL., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| YIHUA LIFESTYLE TECHNOLOGY CO., LTD. ET AL., | : | |
| | : | |
| Consolidated Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | Before: Richard K. Eaton, Judge |
| LUMBER LIQUIDATORS SERVICES, LLC ET AL., | : | |
| | : | Consol. Court No. 19-00144 |
| Plaintiff-Intervenors, | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, | : | |
| | : | |
| Defendant-Intervenor. | : | |

## **OPINION**

[U.S. Department of Commerce's remand results are sustained.]

Dated: September 18, 2024

*Alexandra H. Salzman*, *Gregory S. Menegaz*, and *J. Kevin Horgan*, deKieffer & Horgan, PLLC, of Washington, D.C., for Plaintiffs Fusong Jinlong Wooden Group Co., Ltd., Fusong Qianqiu Wooden Product Co., Ltd., and Dalian Qianqiu Wooden Product Co., Ltd.

*Daniel M. Witkowski* and *Matthew R. Nicely*, Akin, Gump, Strauss, Hauer & Feld, LLP, of Washington, D.C. for Consolidated Plaintiff Sino-Maple (JiangSu) Co., Ltd. With them on the brief was *Dean A. Pinkert*, Hughes, Hubbard & Reed LLP, of Washington, D.C.

*David J. Craven*, Craven Trade Law LLC, of Chicago, IL, for Consolidated Plaintiffs A&W (Shanghai) Woods Co., Ltd., Dun Hua Sen Tai Wood Co., Ltd., Dunhua Shengda Wood Industry Co., Ltd., Hangzhou Hanje Tec Co., Ltd., Hunchun Xingjia Wooden Flooring Inc., Huzhou Chenghang Wood Co., Ltd., and Zhejiang Fuerjia Wooden Co., Ltd.

*Adams C. Lee*, Harris Sliwoski LLP, of Seattle, WA, for Consolidated Plaintiff Zhejiang Dadongwu GreenHome Wood Co., Ltd.

*Lizbeth R. Levinson*, *Ronald M. Wisla*, and *Brittney R. Powell*, Fox Rothschild LLP, of Washington, D.C., for Consolidated Plaintiffs Baishan Huafeng Wooden Product Co., Ltd., Cohesion Trading Limited, Galleher Corp., Galleher, LLC, Jilin Forest Industry Jinqiao Flooring Group Co., Ltd., Metropolitan Hardwood Floors, Inc., MGI International, Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co. Ltd., and Wego International Floors LLC.

*Kavita Mohan*, *Elaine F. Wang*, *Francis J. Sailer*, *Ned H. Marshak*, and *Jordan C. Kahn*, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, of Washington, D.C., for Consolidated Plaintiff Scholar Home (Shanghai) New Material Co., Ltd.

*Sarah M. Wyss* and *Jill A. Cramer*, Mowry & Grimson, PLLC, of Washington, D.C., for Consolidated Plaintiff Yihua Lifestyle Technology Co., Ltd.[1]

*Gregory S. McCue* and *Adriana M. Campos-Korn*, Steptoe LLP, of Washington, D.C., for Consolidated Plaintiffs Evolutions Flooring, Inc., Linyi Anying Wood Co., Ltd., Linyi Youyou Wood Co., Ltd., and Struxtur, Inc.

*Mark R. Ludwikowski*, Clark Hill PLC, of Washington, D.C., for Plaintiff-Intervenors Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., and Tongxiang Jisheng Import and Export Co., Ltd.

*Brendan D. Jordan*, Trial Attorney, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of Washington, D.C., for Defendant the United States. With him on the brief were *Brian M. Boynton*, Principal Deputy Assistant Attorney General, *Patricia M. McCarthy*, Director, and *Tara K. Hogan*, Assistant Director. Of counsel on the brief was *Christopher A.*

---

[1]     On May 22, 2023, the court granted Yihua Lifestyle Technology Co., Ltd.'s attorney's motion to withdraw as counsel. *See* Order (May 22, 2023), ECF No. 134.

*Kimura*, Attorney, Office of Chief Counsel for Trade Enforcement and Compliance, U.S. Department of Commerce, of Washington, D.C.

    *Stephanie M. Bell*, *Timothy C. Brightbill*, *Maureen E. Thorson*, and *Tessa V. Capeloto*, Wiley Rein LLP, of Washington, D.C. for Defendant-Intervenor American Manufacturers of Multilayered Wood Flooring.

    Eaton, Judge: Before the court are the U.S. Department of Commerce's ("Commerce" or the "Department") results of redetermination pursuant to the court's remand order in *Fusong Jinlong Wooden Group Co. v. United States*, 48 CIT \_\_, 693 F. Supp. 3d 1302 (2024) ("*Fusong II*").[2] *See* Final Results of Redetermination Pursuant to Court Order (June 7, 2024), ECF No. 165-1 ("Remand Results"). The Remand Results are uncontested, and the parties ask the court to sustain them.[3] *See* Pl.-Ints.' Cmts., ECF No. 167; Consol. Pls.' Cmts., ECF No. 168; Def.'s Resp., ECF No. 169.

    The court will sustain the Remand Results if they comply with the court's remand order, are supported by substantial evidence, and are otherwise in accordance with law. *See* 19 U.S.C. § 1516a(b)(1)(B)(i). For the following reasons, the court sustains the Remand Results.

---

[2]    This case involves a challenge to the final results of Commerce's sixth administrative review of the antidumping duty order on multilayered wood flooring from the People's Republic of China covering the period of December 1, 2016, through November 30, 2017. *See Multilayered Wood Flooring From the People's Republic of China*, 84 Fed. Reg. 38,002 (Dep't of Commerce Aug. 5, 2019) and accompanying Issues and Decision Mem. (July 29, 2019), PR 484.

[3]    Not all parties filed comments on the Remand Results. The court's case manager contacted counsel for Plaintiffs Fusong Jinlong Wooden Group Co., Ltd., Fusong Qianqiu Wooden Product Co., Ltd., and Dalian Qianqiu Wooden Product Co., Ltd. to confirm that they did not intend to file comments because several Plaintiff-Intervenors and Consolidated Plaintiffs had stated that they "support and incorporate by reference any arguments by the Plaintiffs, as the individual rate for the mandatory respondents impacts the separate rate calculation." Consol. Pls.' Cmts. at 2, ECF No. 168; *see also* Pl.-Ints.' Cmts. at 2, ECF No. 167. On July 30, 2024, counsel confirmed, by email, that Plaintiffs would not file any comments.

## BACKGROUND

The relevant facts and procedural history are set out in the court's prior decisions, familiarity with which is presumed. *See Fusong Jinlong Wooden Grp. Co. v. United States*, 46 CIT __, 617 F. Supp. 3d 1221 (2022), *opinion vacated in part on reconsideration*, No. 19-00144, 2023 WL 6461953 (Ct. Int'l Trade Oct. 4, 2023) ("*Fusong I*"); *Fusong II*, 48 CIT at __, 693 F. Supp. 3d at 1302.

In *Fusong I*, the court reviewed the 85.13% adverse facts available ("AFA") rate determined for Consolidated Plaintiff Sino-Maple (JiangSu) Co., Ltd. ("Sino-Maple"), among other issues. The court "sustain[ed] the Department's decision to use adverse facts available . . . in determining Sino-Maple's dumping margin as supported by substantial evidence and in accordance with law." *Fusong I*, 46 CIT at __, 617 F. Supp. 3d at 1227.

Subsequently, the court issued an order vacating *Fusong I* with respect to the court's ruling that remand was required as to the method Commerce applied when selecting the AFA rate. *Fusong Jinlong Wooden Grp. Co. v. United States*, No. 19-00144, 2023 WL 6461953, at *1 (Ct. Int'l Trade Oct. 4, 2023) (not published in Federal Supplement) (finding, on reconsideration, that "Commerce's method for selecting an adverse facts available rate for Sino-Maple was lawful").

The court then issued *Fusong II*. There, the court held that the Department's chosen method for determining the Separate Rate Companies'[4] rate (i.e., the separate, or "all-others," rate under 19 U.S.C. § 1673d(c)(5)(B)[5]), by taking a simple average of the two individually examined

---

[4]    The "Separate Rate Companies" are the non-individually examined respondents that challenged Commerce's calculation of the separate rate assigned to them, i.e., the plaintiff parties in this action.

[5]    The statute provides:

mandatory respondents'[6] dumping rates—a 0% rate and an 85.13% rate (based entirely on AFA)—

was unsupported by substantial evidence and otherwise not in accordance with law. *See Fusong*

*II*, 48 CIT at __, 693 F. Supp. 3d at 1313-14. The court found that Commerce's chosen method

was a departure from the so-called "expected method," which, as explained in the Statement of

Administrative Action,[7] calls for the use of a weighted average to determine the all-others rate,

under certain circumstances:

> The expected method in . . . cases [where all the rates for the individually examined respondents are zero, *de minimis*, or determined entirely on the basis of facts available or AFA] will be to *weight-average* the zero and *de minimis* margins and margins determined pursuant to the facts available [or AFA], *provided that volume data is available*.

Statement of Administrative Action accompanying the Uruguay Round Agreements Act ("SAA"),

H.R. Doc. No. 103-316, at 873 (1994), *reprinted in* 1994 U.S.C.C.A.N. 4040, 4201 (emphasis

added). In other words, in an administrative review, when the margins calculated for the mandatory

respondents are zero, *de minimis*, or based entirely on facts available or AFA (as was the case

---

> If the estimated weighted average dumping margins established for all exporters and producers individually investigated are zero or *de minimis* margins, or are determined entirely under section 1677e of this title, [Commerce] may use any reasonable method to establish the estimated all-others rate for exporters and producers not individually investigated, including averaging the estimated weighted average dumping margins determined for the exporters and producers individually investigated.

19 U.S.C. § 1673d(c)(5)(B).

[6]     The two mandatory respondents were Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. and Consolidated Plaintiff Sino-Maple, which received, respectively, rates of 0% and 85.13%.

[7]     "The statement of administrative action approved by the Congress under section 3511(a) of this title shall be regarded as an authoritative expression by the United States concerning the interpretation and application of the Uruguay Round Agreements and this Act in any judicial proceeding in which a question arises concerning such interpretation or application." 19 U.S.C. § 3512(d).

here), Commerce is expected to weight average, by volume, these rates, to determine the rate for the Separate Rate Companies.

In the Issues and Decision Memorandum accompanying the final results, Commerce found that the volume data on the record, in particular that of Sino-Maple, was incomplete and thus unusable for purposes of the expected method. *See* Issues and Decision Mem. at 25 (July 29, 2019), PR 484. But in *Fusong II*, the court found that

> Commerce has not adequately explained its reason for departing from the expected method. Moreover, the Department has not supported with substantial evidence its finding that "volume data for Sino-Maple [was] incomplete." . . . Commerce did not explain why Sino-Maple's reported sales volume data, which the Department found reliable for mandatory respondent selection purposes, was not also reliable for calculating a weighted average under the expected method. Nor did Commerce explain why it could not rely on the chart that it created, which was derived from record evidence and placed on the record—depicting the total volume of Sino-Maple's reported and unreported U.S. sales during the period of review. As such, the court cannot see how Commerce's statements (1) comply with the law or (2) are supported by substantial evidence.

*Fusong II*, 48 CIT at __, 693 F. Supp. 3d at 1313-14. Thus, the court ordered that, on remand,

> Commerce must explain, and support with substantial evidence, its decision to use a simple average of [mandatory respondents] [Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.]'s 0% rate and Sino-Maple's 85.13% rate as the rate assigned to the Separate Rate Companies. If Commerce finds it cannot do so, it shall reconsider its decision to depart from the expected method.

*Id.* at __, 693 F. Supp. 3d at 1314. Thereafter, Commerce conducted a remand proceeding, the results of which are before the court.

## DISCUSSION

On remand, Commerce changed its decision to use a simple average of the mandatory respondents' rates to determine the separate rate and instead used a weighted average, as required by the expected method:

> Commerce agrees with the Court's *Remand Order* that Sino-Maple's quantity and value information is available on the record for use in calculating a weighted-average dumping margin in line with the statute and the SAA. As the Court pointed out, Commerce entered this information into the record and also included a breakdown of Sino-Maple's reported and unreported U.S. sales quantity and value for the period of review. Thus, on remand, for the analysis below, Commerce used Sino-Maple's value information to calculate the weighted-average rate, in accordance with Commerce's current practice.

Remand Results at 5. Ultimately, "Commerce determine[d] that the weighted-average dumping margin is 31.63 percent for the non-individually examined companies eligible for a separate rate for the period December 1, 2016, through November 30, 2017." *Id.* at 6. The 31.63% rate was several percentage points lower than the 42.57% rate originally calculated for the Separate Rate Companies.

It is evident that Commerce has followed the court's instructions on remand. Commerce redetermined the separate rate in accordance with the statute and the SAA by using the expected method and relying on the volume evidence on the record to support its calculation. None of the parties object to the Remand Results. Moreover, the parties that have filed comments ask the court to sustain the Remand Results. *See, e.g.*, Consol. Pls.' Cmts. at 2 ("Since the Defendant's *Final Remand Results* are in accordance with the Court's instructions, we respectfully request that the Court uphold the Defendant's decision in the *Final Remand Results.*"); Pl.-Ints.' Cmts. at 2 ("Plaintiff-Intervenors respectfully request that this Court uphold Defendant's Final Remand Results with respect to the method of calculating the dumping margin rate using the weighted average, as opposed to simple average, and establish a final separate rate for non-individually examined companies    ").

Because Commerce's uncontested redetermination of the Separate Rate Companies' rate (now 31.63%, down from 42.57%) complies with the court's remand instructions, is supported by substantial evidence, and is otherwise in accordance with law, it is sustained.

As a final matter, the court finds that the issues on which the court reserved decision in *Fusong II*, pending the Remand Results, have been rendered moot by Commerce's decision. *See Fusong II*, 48 CIT at __, 693 F. Supp. 3d at 1314 ("Because the remaining issues (i.e., whether Commerce's use of Sino-Maple's AFA margin in its separate rate calculation resulted in a rate that is aberrational and not reflective of the Separate Rate Companies' potential dumping margins and amounts to an excessive fine or penalty under the Eighth Amendment) are dependent on Commerce's reconsideration of its calculation of the separate rate on remand, the court reserves decision on these matters until the results of redetermination are before the court."). Consolidated Plaintiffs A&W (Shanghai) Woods Co., Ltd., Dun Hua Sen Tai Wood Co., Ltd., Dunhua Shengda Wood Industry Co., Ltd., Hangzhou Hanje Tec Co., Ltd., Hunchun Xingjia Wooden Flooring Inc., Huzhou Chenghang Wood Co., Ltd., and Zhejiang Fuerjia Wooden Co., Ltd. (collectively, "Consolidated Plaintiffs") raised these issues in their opening brief in support of their motion for judgment on the agency record. *See* Consol. Pls.' Mem. Supp. Mot. J. Agency R., ECF No. 50-1 at 15-23. At that time, the Separate Rate Companies' rate was 42.57%, the result of a simple average of the mandatory respondents' rates (i.e., 0% and 85.13%).

As discussed in this Opinion, Commerce's revised calculation of the Separate Rate Companies' rate to 31.63% is supported by substantial evidence and otherwise in accordance with law. Consolidated Plaintiffs have not objected to this revised rate either before Commerce or in comments submitted to the court.

The Remand Results comply with the court's order and are supported by substantial evidence. As the results are uncontested, entry of judgment is appropriate, because there are no further issues for the court to adjudicate.

## CONCLUSION

There being no substantive challenge to the Remand Results, and that decision being otherwise in compliance with the court's remand order and supported by substantial evidence, it is sustained. Judgment will be entered accordingly.

____/s/ Richard K. Eaton____
Judge

Dated:  September 18, 2024
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                        :
FUSONG JINLONG WOODEN GROUP CO.,        :
LTD. ET AL.,                            :
                                        :
            Plaintiffs,                 :
                                        :
YIHUA LIFESTYLE TECHNOLOGY CO., LTD.    :
ET AL.,                                 :
                                        :
            Consolidated Plaintiffs,    :
                                        :
        and                             :
                                        :        Before: Richard K. Eaton, Judge
LUMBER LIQUIDATORS SERVICES, LLC        :
ET AL.,                                 :        Consol. Court No. 19-00144
                                        :
            Plaintiff-Intervenors,      :
        v.                              :
                                        :
UNITED STATES,                          :
                                        :
            Defendant,                  :
                                        :
        and                             :
                                        :
AMERICAN MANUFACTURERS OF               :
MULTILAYERED WOOD FLOORING,             :
                                        :
            Defendant-Intervenor.       :
_____:

## **JUDGMENT**

Upon consideration of the papers and proceedings had herein, and in conformity with the

court's decision in this matter, it is hereby

**ORDERED** that the U.S. Commerce Department's Final Results of Redetermination

Consol. Court No. 19-00144                                                                        Page 2


Pursuant to Court Order (June 7, 2024), ECF No. 165-1, are sustained.


                                                              ___/s/ Richard K. Eaton___
                                                                        Judge


Dated:          September 18, 2024
                New York, New York