# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number:** 25-1196; 25-1232

**Short Case Caption:** Fusong Jinlong Wooden Group Co., Ltd. v. US

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

Case no. 25-1232.

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 02/11/2025

Signature: /s/ Gregory S. McCue
Name: Gregory McCue
Party Name: Evolutions Flooring Inc.; Strux

Date: 02/11/2025

Signature: /s/ Brendan Jordan
Name: Brendan Jordan
Party Name: United States

☑ Additional pages attached

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number**  25-1196; 25-1232

**Short Case Caption**  Fusong Jinlong Wooden Group Co., Ltd. v. US

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

Case no. 25-1232.

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 02/11/2025

Signature: /s/ Gregory S. McCue
Name: Gregory McCue
Party Name: Evolutions Flooring Inc.; Strux

Date: 02/11/2025

Signature: /s/ Lizbeth R. Levinson
Name: Lizbeth R. Levinson
Party Name: Wego International Floors LLC, Gal

☑ Additional pages attached